# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | : : | CIVIL ACTION |
| Plaintiff/Counterclaim Defendant | : : | NO. 08-0533 |
| v. | : | |
| RASA FLOORS, LP, | : | |
| Defendant/Counterclaim Plaintiff, Third Party Plaintiff | : : | |
| v. | : | |
| 3COM CORP., and CAPITAL 4, INC., | : | |
| Third Party Defendants and Defendants on the Counterclaim. | : : : : | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | : : | |
| v. | : | |
| NORTH CENTRAL COMMUNICATIONS CORPORATION, | : : | |
| Third Party Defendant on Counterclaim | : : | |

## ORDER

AND NOW, on this  2nd  day of March, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Third Party Defendant on the Counterclaim North Central Communications, Corp.'s Motion to Dismiss Plaintiff De Lage Landen Financial Servics, Inc.'s Third-Party Complaint (Docket No. 106), is DENIED.

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\08-533 DeLage v. Rasa\De Lage v. Rasa- NCC Mot. to Dismiss Order.wpd

1