IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : | CIVIL ACTION |
| v. | : | |
| RASA FLOORS, LP | : | NO. 08-533 |

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : | CIVIL ACTION |
| v. | : | |
| VIEWPOINT COMPUTER ANIMATION, INC., et al. | : | NO. 08-534 |

**<u>ORDER</u>**

AND NOW, this  28th  day of July, 2011, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED as follows:

1. DLL's Motions for Summary Judgment as to Defendants' Counterclaims against DLL (ECF Nos. 189, 191 in C.A. 08-533; 171 in C.A. 08-534) are GRANTED and judgment is ENTERED in favor of DLL and against Defendants as to all of Defendants' counterclaims.

2. In light of the Supplemental Affidavit of Stephen F. Majer, Jr. In Support of Motion for Summary Judgment submitted by DLL (ECF Nos. 257 in C.A. 08-533; 227 in C.A. 08-534), Defendants' Motions to Strike Statement of Stephen Majer, Jr. (ECF Nos. 221, 226 in C.A. 08-533; 171 in C.A. 08-534) are hereby DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\08-533 DeLage v. Rasa\DeLage v. Rasa Viewpoint 08-533; 534 Order 7-28-11.wpd